UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>Plaintiff,<br><br>v.<br><br>KERN ADULT PROTECTIVE SERVICES et al.,<br><br>Defendants. | No. 2:17-cv-01231-JAM-AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 17, 2018, plaintiff filed a Motion for Reconsideration. ECF No. 14. Plaintiff's case was closed on December 20, 2017. ECF No. 10. The case is currently on appeal at the Ninth Circuit. ECF No. 12. Plaintiff is advised that documents filed by plaintiff since the closing date, in the absence of specific direction from the Ninth Circuit, will be disregarded and no orders will issue in response to future filings. The Clerk of Court is ORDERED to disregard plaintiff's filing at ECF No. 15.

DATED: January 18, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE